Cleveland MCLEAN, Jr., Plaintiff— Appellant,

v.

Robert BOHANNON, Bohannon, Bohannon & Hancock, Attorneys at Law; James O. Broccoletti, Zoby & Broccoletti, Attorneys at Law, Defendants— Appellees.

No. 03–6997.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 15, 2003.

Decided March 16, 2004.

Cleveland McLean, Jr., Appellant pro se.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cleveland McLean, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See McLean v. Bohannon,* No. CA–03–336–2 (E.D.Va. May 21, 2003). We deny McLean's motion for attorney's fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*